IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE A. ALLEN,

      Plaintiff,                       No. CIV S-08-2109 WBS EFB P

      vs.

CONSTANCE PICCIANO,

      Defendant.                ORDER

_____/

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve his application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 6(b).

Plaintiff's December 1, 2008, request is granted and plaintiff has 30 days from the date this order is served to file and serve his application to proceed *in forma pauperis*. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

DATED: December 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE