IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE A. ALLEN,

        Plaintiff,                    No. CIV S-08-2109 WBS EFB P

    vs.

CONSTANCE PICCIANO,

        Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

       On November 3, 2008, the court ordered plaintiff to either file an *in forma pauperis* affidavit or pay the appropriate filing fee within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed. The Clerk of the Court also mailed to plaintiff a form application for leave to proceed *in forma pauperis*. On December 1, 2008, plaintiff requested an extension of time to file his application for leave to proceed *in forma pauperis*. On December 10, 2008, the court granted plaintiff's request and ordered plaintiff to file an application to proceed *in forma pauperis* within 30 days. The court again warned plaintiff that failure to do so would result in a recommendation that this action be dismissed. The Clerk of the Court also mailed to plaintiff another form application.

       The 30-day period has expired and while plaintiff has requested a hearing and filed a statement regarding the background of his case, he has not filed an *in forma pauperis* affidavit or

1

1  otherwise responded to the December 10, 2008 order.

2      It therefore is RECOMMENDED that this action be dismissed without prejudice.

3      These findings and recommendations are submitted to the United States District Judge
4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5  after being served with these findings and recommendations, any party may file written
6  objections with the court and serve a copy on all parties.  Such a document should be captioned
7  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10 Dated:  January 21, 2009.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE